```
 1
 2
 3
 4
 5
 6
 7
 8                      IN THE UNITED STATES DISTRICT COURT
 9                    FOR THE EASTERN DISTRICT OF CALIFORNIA
10  JAMES RUHALLAH HARRISON,
11           Plaintiff,              No. CIV S-11-3311 CKD P
12       vs.
13  R. VALDES, et al.,
14           Defendants.             ORDER
15  _____/
```

16    Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant
17 to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis. The federal venue
18 statute requires that a civil action, other than one based on diversity jurisdiction, be brought only
19 in "(1) a judicial district where any defendant resides, if all defendants reside in the same State,
20 (2) a judicial district in which a substantial part of the events or omissions giving rise to the
21 claim occurred, or a substantial part of property that is the subject of the action is situated, or (3)
22 a judicial district in which any defendant may be found, if there is no district in which the action
23 may otherwise be brought." 28 U.S.C. § 1391(b).
24    In this case, none of the defendants reside in this district. The claim arose in
25 Riverside County, which is in the Central District of California. Therefore, plaintiff's claim
26 should have been filed in the United States District Court for the Central District of California.

1 | In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the
2 | correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.
3 | 1974).
4 |             Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the
5 | United States District Court for the Central District of California.

Dated: December 27, 2011

_____
CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

3
harr3311.21

2