1

2

3

4

5

6

7

8                         IN THE UNITED STATES DISTRICT COURT

9                      FOR THE EASTERN DISTRICT OF CALIFORNIA

10   JAMES RUHALLAH HARRISON,

11              Plaintiff,                        No. CIV S-11-3311 CKD P

12         vs.

13   R. VALDES, et al.,

14              Defendants.                       ORDER

15   _____/

16              Plaintiff, a state prisoner proceeding pro se, has filed a civil rights action pursuant

17   to 42 U.S.C. § 1983, together with a request to proceed in forma pauperis.  The federal venue

18   statute requires that a civil action, other than one based on diversity jurisdiction, be brought only

19   in "(1) a judicial district where any defendant resides, if all defendants reside in the same State,

20   (2) a judicial district in which a substantial part of the events or omissions giving rise to the

21   claim occurred, or a substantial part of property that is the subject of the action is situated, or (3)

22   a judicial district in which any defendant may be found, if there is no district in which the action

23   may otherwise be brought."  28 U.S.C. § 1391(b).

24              In this case, none of the defendants reside in this district.  The claim arose in

25   Riverside County, which is in the Central District of California.  Therefore, plaintiff's claim

26   should have been filed in the United States District Court for the Central District of California.

                                              1

1  In the interest of justice, a federal court may transfer a complaint filed in the wrong district to the

2  correct district.  See 28 U.S.C. § 1406(a); Starnes v. McGuire, 512 F.2d 918, 932 (D.C. Cir.

3  1974).

4            Accordingly, IT IS HEREBY ORDERED that this matter is transferred to the

5  United States District Court for the Central District of California.

6   Dated: December 27, 2011

7

_____

8  CAROLYN K. DELANEY
   UNITED STATES MAGISTRATE JUDGE

9

10

11

12

13

14

15  3
   harr3311.21

16

17

18

19

20

21

22

23

24

25

26